IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| GREGORY E. THOMPSON, | § | No. 425, 2014 |
| | § | |
| Respondent Below, | § | Court Below: |
| Appellant, | § | |
| | § | Family Court of the |
| | § | State of Delaware, in and for |
| v. | § | Kent County |
| | § | |
| DIVISION OF FAMILY | § | File No.  12-10-1TK |
| SERVICES, | § | |
| | § | Petition No. 12-32909 |
| Petitioner Below, | § | |
| Appellee. | § | |
| | § | |

Submitted:  April 22, 2015
Decided:  April 23, 2015

Before **STRINE**, Chief Justice, **HOLLAND** and **VALIHURA**, Justices.

## **O R D E R**

This 23rd day of April 2015, the Court, having considered this matter on the briefs of the parties, and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Family Court in its Order of July 9, 2014;

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Family Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

/s/ Karen L. Valihura
Justice